

# Fourth Court of Appeals
## San Antonio, Texas

January 26, 2017

No. 04-16-00788-CV

Danny **ALEXANDER** & Sarah Alexander,
Appellants

v.

**AMERICAN HOME MORTGAGE SERVG.**, Inc. as Servicer for Deutsche Bank National
Trust Company, Trustee for Soundview Home Loan Trust 2006-OPT5, Asset-Backed
Certificates Series 2006-OPT5,
Appellees

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CV-12-0000281
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

   The unopposed motion pro hac vice of non-resident attorney, Joshua Tropper, seeking permission to participate in these proceedings on behalf of appellees is hereby GRANTED.

_____
Rebeca C. Martinez, Justice

   IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of January, 2017.

_____
Keith E. Hottle
Clerk of Court